### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY, KANSAS

| | |
|---|---|
| MELODY A. GILES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:20-cv-02641-JWB-KGG |
| WALMART, INC., and MAHASKA BOTTLING COMPANY, | ) ) ) ) |
| Defendants. | ) ) ) |

### **STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the parties herein and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), announce to the Court that this matter has been settled and by the stipulation of the parties should be dismissed with prejudice with all parties responsible for their own costs and attorneys' fees.

By: */s/ William L. Barr, Jr.*
William L. Barr, Jr., #26775
BULL ATTORNEYS, P.A.
10111 E. 21st Street, Suite 204
Wichita, Kansas 67206
316-684-4400/ Fax: 316-684-4405
bill@bullattorneys.com
*Attorney for Plaintiffs*


By: */s/ James K. Blickhan*
James K. Blickhan, #13493
LAW OFFICES OF STEPHANIE WARMUND
PO Box 7217
London, KY 40742
816-361-7917 (office); 603-334-7445 (fax)
james.blickhan@libertymutual.com
*Attorney for Defendant Mahaska Bottling Company*
*Attorneys for Defendant*

By:    */s/ Jonathan H. Gregor*
       John E. Franke, #13539
       Jonathan H. Gregor, #16005
       FRANKE SCHULTZ & MULLEN, P.C.
       8900 Ward Parkway
       Kansas City, Missouri 64114
       816-421-7100 (office); 816-421-7915 (fax)
       jgregor@fsmlawfirm.com
       jfranke@fsmlawfirm.com
       *Attorney for Defendant Walmart Inc.*